RECEIVED

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

9/7/2022

335 S. church St.
RockFord. illinois 61101

Page 1 of 8
8-30-22

**22CV50315**

JUDGE REINHARD
MAGISTRATE JUDGE SCHNEIDER

consolidated Fed. Tort claim
& Bivens Action Complaint

NO._____

lord Juggernaut-xyz
Pharaoh set-Er/chou-chou(son of Heaven)/Tsunami; Khan
(Chief)Col. michael s.owlFeather-Gorbey

vs.

① Dolb. Correctional officer usp thompson.
② John Doe. Dayshift K. usp thompson.
③ Avery Capt. usp thompson
④ warden Bergami usp thompson.
⑤ Associate warden King usp thompson
⑥ Barmes counselor usp thompson.
⑦ Jane Doe Nurse. usp thompson,
⑧ MRS. Graham #1. usp thompson.
⑨ USA.

PlaintiFF Jury Demand
yes!.

Complaint.

Gorbey Has been Repeatedly subject to
Adverse Housing At usp thompson being
Place with one violent mentally ill inmate
After the other (White) staff issue threats
Tell other inmates Gorbey is A sex offender
& staff subject Gorbey to A list of sub
Human conditions Harrising cell searches
Pepper spray. denial of showers. Food. Medical

& A long list more, Where Gorbey's most Recent celly Riggs is A seriously violent mentally ill inmate Who Apparently staff Even the SIS & Capt. Have been influencing to Physically Assault Gorbey, orchistrating Assaults on 7-13-22 An inmate Kenny Ray spit A large spray of fluids in Gorbey's Face in Front of Co-Dols & same 4 other staff & staff took no Action on Kenny Ray & infact Dols gives Kenny Ray Extra food trays & tries to make him unit orderly While Dols, Schwortz & others Have Kenny Ray tell other inmates Gorbey is A child sex offender. Causing more threats. & on 7-13-22 Riggs Hit Gorbey.

Gorbey Has Notified multiple staff From Administration, Psycology Tressen & Even Filing Directly to the Region Certified mail While Barnes denies Gorbey Bp8s on 8-4-22 A staff told Riggs He Was Put in Gorbey's Cell (to) beat him up a better Hury & get it done. Amplifying Riggs violent behaviers.

on 8-26-22 SIS & Capt. Avery told Riggs He Was to Assault Gorbey & Again Amplifying Riggs violent behaviers. Riggs is mentally unstable & Has violent Mood changes

Snaps At Any odd Conversation & starts Hitting & Remain Agressive All weekend After Talking to SIS & capt. Avery & sunday 8-28-22 About 10:00 Am While Gorbey Was cleaning The New cell Floor After Rotation Riggs Snap & Jump off His bed & Kick Gorbey & Hit Gorbey in the Right side of His Head With something Causing serious Pain & inJuries.

Riggs Continue swinging Blows Gorbey Avoided while Riggs (scream) For Gorbey to get out The Cell or He Riggs Would Kill Gorbey. Gorbey Press the Cell Alarm some 5 Times To No Avail & Atleast Twice Try to flag DOWN Co-Ibeniez to No Avail. & then When staff making monthly chemical Round open the Tray slot Gorbey (Jack the slot) & Demanded Removal From the Cell & To see The #1. & 1C.

The lady #1. MRS. Graham came Along. Herd Gorbey's claims & yet walked off saying close the slot & leave Him. Deliberately Trying to subject Gorbey to Assault. Gorbey Continue to Jack the slot & then He & Riggs Was Remove From the Cell & Gorbey Place in the Common Area Cage where Every inmate Can Hear What He says so

if He told on Riggs He then Amplifies the threats being table A snitch.

Dols inform Riggs He was putting Riggs back in the Cell With Gorbey For Riggs to Fuck Gorbey up & Riggs said ok.

Gorbey inform the Acting Lt. of the issues which Lt. order Gorbey Remove to Another cell & yet Dols Pull the Lt. to A secluded Area & then shortly later 2 staff took Riggs & Gorbey back to the Same cell & Remove Riggs Cuffs 1st & Riggs Hit Gorbey 2 Times. & Gorbey Refuse to give up His Cuffs & Fight Riggs & Demanded to see the Lt. so they Re-Cuff Riggs & the Acting Lt. Came Along a order Gorbey Remove to Go3 A Disciplinary sex offender Block

Dols then Kept Gorbey's Property while several staff were Calling Gorbey A child molester cho-mo sex offender. Co-EbenieZ Even Went so Far As to go cell to cell in the new Unit Go3 telling inmates Gorbey is A cho-mo.

Gorbey Hit His cell Alarm Go3-036 For medical Treatment but Was ignored.

on 8-29-22 Gorbey submitted A sick call

that was ignored. Estelle vs. Gamble 429 us 97 104 (1976), where Dcls. Lt. Dougdale & others continue to Deny Gorbey His property which contain His legal & personal property, Hygiene, prescribed Eye classes & prescribed pain & glaucoma meds for Nearly 3 Days. Threatning Total Blindness.

on 8-30-22 Gorbey submitted Another sick-call & Pharmacy Request for His meds the (same) Nurse took & ignore, while the Right side of Gorbey's face & Ear is seriously swollen & Discolored. He Has A large Knot in His upper Jaw-Temple Area by the Ear. He is sleepy Now Alot & in Extreme pain.

About 10:00 Am 8-30-22 Dcls pop up Arg-uing Gorbey was to pack His stuff He's being move back in with Riggs. & Gorbey Refuse. & gave Dcls on camera A Cop-out for the Lt. Explaining the Assault. & Requesting P.C. yet. Staff Have fail to take Any Action on Riggs like they fail to sanction Kenny Ray. & then Abuse Discipline on Gorbey. by writing Gorbey A Discipline Report For Refusing A cell move. back with Riggs. Denying Gorbey P.C. mayoral vs. sheahan 245 F.3d 934. 940 (7th cir. 2000)

brush off Request For P.C. When Required satisfies 319.15(9). ; Martinez-Brooks vs. Easter 459 F.supp. 3d. 411 (D.ct. 2020) Covid-19. & monkey Pox.

Staff letting Kenny Ray Not Wear A mask & to spit large sprays of fluids in Gorbey's Face in times of Covid-19 & monkey Pox Exspecially when (Both) virus Are Heavily Present in usp thompson & several staff Are on leave For Contaminations. testing Positive (Whtile) on Duty, & (letting) Riggs Assault Gorbey & Directing Him to Do sci. Causing Gorbey serious injuries orchestrated by staff. Hill vs. Godinez 995. Fsupp. 2d 880. 884 886 (Nio. ill 1997) Plaintiff Attack After seeking P.C. Leary vs. Living ton County Jail 528 F3d 438, 442 (6thcir. 2008) staff telling other inmates inmate is child sex offender states A claim.

While Denying Gorbey Any Medical Examination or Treatment For His serious Head injuries States A claim merlwether vs. Faulkner 821 F3d. 408. 413 (7th cir. 1987) : Youmans vs. Gagnon 626 F3d. 557 (11th cir. 2010) Failure to treat Prisoners Condition (Especially A Head injury) Could Result in further significan injury to the Plaintiff or the unnecessary & Nanton infliction of Pain. Estelle vs. Gamble 429 us

97, 104 (1976) : Jett vs. Penner 439 F 3d. 1091. 1096 (9th cir 2006)

Where. This is (Extremely) Conserning where Gorbey Already suffers serious Neck Nerve Damage untreated from th 8-9-21 staff Assault Re-injure 6-9-22 to 6-24-22 by the Repeated Assaults usp thompson subject Gorbey to in A cell with mentally ill violent inmate Kowalcyk.

Thus these (Repeated) Physical Assaults injuriing Gorbey & Denying thim Treatments clearly States A Pattern of misconducts satisfying 319, 1056 & Requiring He Recieve Damages + other Relief. Martin vs. shelton 319 F 3d 1049. 1050 (8th cir 2003)

Knowing Gorbey is seriously injure + yet Denying Him Any Medical Examination or treatment. Estelle 429 us at 104. Gutierrez vs. Peters 111 F. 3d. 1364 (7th cir 1997) Amett vs. webster 658 F. 3d. 742, 751 (7th cir. 2011) Grieveson vs. Anderson 538 F 3d. 763, 779 (7th cir 2008) Smith vs. Knox County Jail 666 F. 3d 1037 (7th cir. 2012) Roe vs. Elyea 631 F 3d 843 (7th cir. 2011)

I Gorbey therefore seek Damages on All claims. The + injunction

# Relief sought

(1) I seek TRO And Preliminary inJunction For Personal safety & immediate medical TreaTment for my Head injuries.

(2) I Demand, $48 Billion Dollars

(3) I seek immediate Removal From usp Thompson. my Due Process was violated To get me Here I was Deny STaff Assistance At smu Referral. im innocent of the Discipline charges used For smu Referral & False information was used in my smu Referal Papers. my Age & seriousNess of FBop Discipline charges. To Compile Evidence & witNesses of my innocence of Discipline charges & Due Process violations Double Jecpardy, Failure to get Warden Extention Authoritization To Re-invest-igate. & Re-issue charge over 24 Hours,

(4) I seek An Emergeny Hearing & Hearing To Cure Any Filing Defects.

(5) I seek Appointment of Co-Counsel.

(6) I seek Recusal of Judge Rein Hard. His Failures to Earlier beTrue in CourT Has Embolded - Caused All this,

lord Juggernaut-XYZ
Pharaoh set-Er/chou-chow(son of Heaven)/Tsunami Khan
(chief) Col. michael s. owl Feather-Garbey
monacan nation - Native America
usp Thompson. P.O. Box 1002 Thompson. ill 61285